UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*IN RE*: Subpoena Issued to Twitter, Inc.          Magistrate Number: 3:18mj928(SALM)

June 15, 2018

**Under Seal**

MOTION TO SEAL

The United States of America, by David T. Huang, Assistant United States Attorney, moves this Honorable Court for an Order sealing the Application for Order Commanding Twitter, Inc. Not to Notify any Person of the existence of Subpoena, the Grand Jury Subpoena, and the Non-Disclosure Order.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700