IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

IN RE: GRAND JURY SUBPOENA

Case No. 3:18MJ928 (SALM)

December 11, 2018

**Filed Under Seal**

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the application for nondisclosure order, nondisclosure order, this Motion to Seal, and the proposed Order to Seal until June 15, 2019, or until further order of the court. The Government makes this application for the reasons described in the application for nondisclosure order.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ David T. Huang*
DAVID T. HUANG
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30434
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700